[No. 50289-1-I.   Division One.   November 17, 2003.]

*In the Matter of the Parentage of* LIAM J.H.

*In the Matter of the Estate of* SEAN P.G.

BRUCE L.G., *as Personal Representative, Respondent*, v. YU Y.H., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-5-00014-8, Susan K. Cook, J., entered March 12, 2003. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 50367-7-I.   Division One.   November 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. J.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-02368-5, Dale B. Ramerman, J., entered April 12, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid and Ellington, JJ.

[No. 50857-1-I.   Division One.   November 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EDWARD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10981-9, James D. Cayce, J., entered July 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51018-5-I.   Division One.   November 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES E. CORLISS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03986-0, Mary Yu, J., entered August 15, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Schindler, J.